Good morning, Your Honors. May it please the Court. I'm Ashley Sands on behalf of Plaintiff Appellant Airdoctor, LLC, whom I will refer to as Airdoctor today. Airdoctor submits that the District Court abused its discretion in finding that Airdoctor failed to comply with Federal Rule of Civil Procedure 54C because Airdoctor did not identify a specific dollar figure for damages in its complaint, and therefore the District Court denied Airdoctor's request for damages in the form of defendant's profits. Rule 54C provides that a default judgment must not differ in kind from or exceed amount of what is demanded in the pleadings. In Airdoctor's complaint, as the Lanham Act allows, Airdoctor requested damages including lost profits, Airdoctor's actual damages, or defendant's profits resulting from defendant's false advertising in an amount to be proven at trial, and accounting for defendant's profits and enhanced damages, attorney's fees, and costs. In the D.J. motion, Airdoctor requested lost profits in the amount of $2,492,149, which is based on sales reports that it compiled from a third-party... And that motion was served on the defendant? Yes, it was. Could the defendant have responded at that point? Yes, Your Honor. You could have? Yes. Even though she defaulted? Even though it defaulted? Obviously, that was the choice of the defendant to default in the case. The defendant was properly served with the complaint and with the default judgment. What I'm asking is, when the defendant was served with the motion to assess damages, could the defendant at that point have responded even though he had previously defaulted? Yes, he or she... Would anybody have to listen to them if they could have? Would anybody have to listen to them if they... Yes, Your Honor. Actually, the district court did provide for sufficient time for the defaulting party to appear and try to lift the default, but still the defendant did not appear. I don't understand. So the district court was clearly concerned about this Rule 54 issue and asked you a bunch of times about it, and you had the opportunity to just amend the complaint, which you could have done just through e-service. I mean, you didn't have to go find them and use service of process or anything. Why didn't you just amend the complaint? Your Honor, because the precedent of this court, and actually, I mean, anecdotally, I am a IP attorney, and we file multiple cases, not just in the false advertising under 1125A, but we also file under 1114 trademark infringement cases. And in those cases, we never are able to ask for a some certain at any time during the dependency of the action. Those claims allow for, and I understand, I will get back to why this makes sense here, but those claims allow for statutory damages that can run anywhere from $200 or $2,000 all the way up to $2 million per infringement. So it honestly defies logic for there to be some cases where there can be any sort of range of actual damages that are not defined. But in the default, don't you need to have some proof of those at some point? I mean, to get the default judgment of damages at some point, don't you have to offer proof? Yes, but proof, so I mean, even in the cases that we've cited to our brief, and I will admit that really there's only one precedential published opinion. But there are multiple opinions that have relied on that opinion and have discussed this issue, and we have to come to court with some sort of... Well, I mean, certainly there is nothing in the federal rules that requires you to allege an amount of damages. No, not a specific amount. Not in Rule 54c or anywhere else? No, there's no indication in the... Well, I think Judge Freeland's just asking you a practical question, which is, you filed this motion, you did have a set of allegations about why the damages were X amount. Why didn't you just put that in a new complaint? Well, because also that was at the point of default judgment, so essentially you'd be starting the case all over again at the point of default. So your understanding is that if you did that, it would lift the default? Was that the problem? Yes, then we would have to begin the case. Because I've looked for case law about this, and I don't think it's really necessarily clear whether that would lift the default. But one thing, under the federal rules, you wouldn't even have to serve that because you only have to reserve a new complaint if it's alleging a new claim, and that wouldn't be alleging a new claim. So I don't... It's just a little... I don't know what... On the other hand, I don't know what difference it would make, because what you did serve on them provided exactly the notice that a complaint would have... new complaint would have provided. So if I can just kind of walk through... So you would file a complaint in a case like this. You want the defendant's profits. Obviously, you don't have any way of knowing what those are before you file the lawsuit. Yes, sir. Then they default. An order of default gets entered. Then under Rule 5 at that point, they're not entitled to notice of anything, right? Yes, sir. Okay. So what I'm getting from what you said before is that the reason you didn't go back and amend the complaint is you kind of got blindsided by this, and you didn't... I mean, is that a fair inference? Well, yes, Your Honor, but also I think that what the case law supports... I'm not attacking you. I'm just helping you here.  Well, I don't think you could say you're blindsided because the district court asked you a hundred times about this. And we did respond to the district court and provided... So here's where I was going with this. So let's say that you had taken a strong hint from the district judge to amend, and then you file a new complaint that's got this thing, but you're not required to serve anybody on it. Did anybody ever explain what difference that... I mean, what purpose that would have served? It just seems like kind of empty formalism to me. Yes, frankly, I agree. And actually, Your Honor, rather than suggesting that we file a new complaint, he suggested that I appeal because he'd like to know whether or not... But when you said earlier to Judge Berzon that you did serve the document in which you requested the amount of damages in default... Yes. You said you served it, but really you just mean you filed it, right? Well, no. We actually did. So there was alternative methods of service that were provided for for the pendency of the action by the district court. And so we did actually proceed with serving them with a copy of the default judgment motion. But by e-service or how? No. Well, so we... I mean, we did serve it through e-service, but we also used the alternative methods that were granted in the request for alternative service. Which was what? So there was through their Amazon storefront. There was via an email address that was connected to their Amazon storefront. And then there was... One was essentially a posting on a website that is provided... But you never had like a physical address or anything like that? No. Yeah. But are you saying that if you had amended the complaint, you wouldn't have had to do those same things? I would have. You would have. I would have had... And then we would have been starting over for the same result, essentially. But actually, you wouldn't have had to and you didn't have to this time either. But you did it. There's a difference between doing something and having to do something, right? So you did all of this stuff. Right. But under rule, whatever it is, five, you didn't have to. You didn't have to serve the motion for default judgment on them, right? Because the rule says that once a party is defaulted, they're not entitled to notice anymore. Right. I'm not challenging you for doing it. I think it's a good thing that you did it. I mean, I have cases like this all the time and I routinely tell them send the thing because sometimes that's what wakes the person up. But under the rules, is there any requirement that you had to serve the default judgment motion on them once they had actually defaulted? No, Your Honor. Okay. If we were to disagree with you and we thought that rule 54 says you can't, we agreed with the district court, rule 54 says you can't get an amount of damages unless you ask for it in a complaint. Let's just say hypothetically we decided that. Would you want an opportunity now to amend your complaint? Yes, Your Honor. But I think that it's clear from the case law that as long as you're giving the defendant a notice of the type of damages that they can expect, and particularly in a case like this one where you're allowed to seek profits on a default, at the time that we find – And you're taking that from Henry? Yes, I'm taking that from Henry and then – But in Henry, there at least was an amount that was within an order of magnitude of the amount that was granted. Here, you have no information. If we're talking millions, billions, we have no idea. Right, but in the case – well, first, in Henry, that was because there was a specific amount paid out. So why should a plaintiff be prejudiced as a result of what their actual claim is? So in that situation, there was a claim where the plaintiff had paid the defendant for stamps that turned out to be counterfeit. So part of the damages claim included that amount that was paid out. Here, that's just – the facts are different. There is no amount that was paid from plaintiff to defendant, so that could not be included as part of the claim. But what do you think the purpose of Rule 54C is when it says this thing about not awarding more than it was requested? Well, so what – if you actually go into the case law with regard to the purpose, it's to ensure that the defendant is put on notice of the damages being sought against it so he can make a calculated decision as to whether or not it is in his best interest to answer. So essentially, by saying that a plaintiff who has no idea what the damages would possibly be in terms of a certain sum has to put a certain sum in order to get in the complaint in the beginning of the action when he has no idea that this defendant is going to default. I understand that you maybe can't when you file the original complaint. But then you don't know yet. There's no requirement that you put an amount in a complaint. But once you have the situation of a defaulting defendant and Rule 54 is about notice to the defendant and there's nothing in the dollar amount in the complaint, I'm not sure you don't have to amend. It's a penalty for having a defaulting defendant. But you have to have an amount at some point with proof. So what is the problem with amending? Well, so, for example, in Henry – so, right, we had the $71,000 that was in the complaint. And that was as a result of the plaintiff – money that the plaintiff paid to the defendant. In addition, he said, and other damages to be proven at trial, which is the same thing that we put in our complaint. And the court ended up awarding, in Henry, the plaintiff over $130,000 more than what was requested. So how is – I guess that doesn't square to me with – if the rule – And you don't dispute that you do have to prove up the amount. Yeah, no, I don't dispute that. And we eventually – what then happens is that the plaintiff is essentially then – it's to their detriment because, for example, my client had to go and purchase a program that analyzes Amazon data in order to get some sort of information in order to prove up those damages. So then we would have had to amend and refile the complaint and essentially start over. I know we wouldn't have necessarily had to give notice to the defendant, but that still seems like a waste of judicial resources when we did actually – What do you think starting over would have involved? Well, we would have – fine, we would have had to amend the complaint, refile, and then go through the process of, you know, redoing a motion for default judgment. Could you just have filed the same thing, though? Sure, but I don't think that that – practically, maybe I could, but I don't think that the law requires that I do that because – Well, I guess that's the question. What does Rule 54 require? Sure. So if we were to agree with you – okay, my old question was if we disagree. If we do agree with you, do you need a remand to determine the amount of damages at that point? Because the district court has to find the amount of damages, and that didn't happen because the district court didn't think you could get them. Well, he did find briefly that we could get them, and then he changed his mind. But then he pulled that back, right. So I think he would have to make a determination that either he agrees with our number or he doesn't, and that we would have to perhaps litigate that. Because we would review that eventually for a clear error or maybe abusive discretion, but we would – we can't – we don't have the discretion to set that amount ourselves at this point, right? Yeah. Another practical question is what good is a judgment against these people that you absolutely can't find? Well, so actually – that is a practical question. Actually, it is possible because they were selling on Amazon. We can seek – if there is money in their Amazon account, we would technically be entitled to that to the extent we went through the process of serving this on Amazon and requesting that. So it is possible. Obviously, we're not – usually not able to recover the full amount, but there is some damage that we are able to recover. But you don't need a complaint with an amount for that. You only need the default judgment.  Any other questions? But I have one more question. You seem entirely convinced that if you filed a complaint, a new complaint, even one that doesn't have to be served under Rule 5, that would lift the default, and the defendant could at that point answer. Well, it is – Where do you get that from? I'm not sure I see how it's possible that I wouldn't have to do that because I am amending a complaint, so I would have to serve an amended complaint. No, you don't. Under Rule 5, you'd only have to file the amended complaint if it states a new claim. Because the defendant's already been served with the process. I think all you'd have to do is file it in the court. But then if that's the case, then practically how does that square with the fact that the complaint is supposed to provide the defendant with notice? If I can amend the complaint and just add a number now, and I'm not even going to serve that on defendant, then how does that square with Rule 54C, which requires the defendant has notice? They can look at the court docket, I guess. I mean, I don't know. Rule 54C says this thing. Right, but what the courts have interpreted that to mean is that because they're – so, for example, in a – and I'll just make an analogy myself. If you have a contract case, right, whatever the number in the contract is, then that's easy, right? I know what I've lost as a result of this contract. I can stick that number in the complaint, and that is where – that's what we're looking for. But in a lot of cases, and particularly in my experience in Lanham Act cases, you're looking for things like statutory damages, defendant's profits, things that are not readily ascertainable in the beginning of a case. So for – and it's the whole idea is to give a defendant notice, and I'm telling them, well, I can accept – or actually, I'm entitled to elect statutory damages in any point during the case, which means – and then even then, the court has discretion towards statutory damages in a trademark case of anywhere between $2,000 and $2 million. How am I giving them notice on whether or not – and if the assumption is required, then aren't I incentivizing defendants to not show up, to not – you know, to actually default if I don't have the ability to put in an assumption? Well, Rule 54 doesn't say anything about a sum certain. It just says can't exceed an amount. Now, so your complaint said we want damages in an amount to be proven. You didn't ask for damages greater than an amount to be proven. You proved them, right? I mean – Right, so – and also, like you said, it didn't say a sum certain. The district court hung its hat on the fact that what was missing from our complaint was a sum certain. That was what the holding was. It wasn't necessarily that it was more or less than what we put in the complaint. It was simply that we did not put a sum certain. Wouldn't your approach disincentivize people to ever put an amount in a complaint? Well, no, because – I mean, frankly, in all of the cases that we've cited to – and, again, I understand that there is only one precedential opinion. In all the cases that we've cited to, where there was a sum certain available for those claims, that was put in. But then there was also additional language that said – But on your reasoning, there'd be no need to. There's no benefit of putting it in. Well, if I don't have it, then I – I think that the problem is that there are different claims. And with what we're dealing with here, there are some where that is available to you. But you think Rule 54c should be interpreted differently depending on the type of claim? No, not necessarily. But I think that what Rule 54c requires is that you give them notice of the type of damages and the amount. Now, if an amount is allowed under a statutory range, then why isn't – or if an amount is allowed in terms of profits, who better than defendant to know what their profits are? But it could be, like, harm to reputation or something that would actually be in the plaintiffs. I mean, there are lots of kinds of damages. So it's not always in the defendants. I mean, should Rule 54 be interpreted differently depending on the type of claim and who has the knowledge? No, I mean, I don't think so. I think it should be interpreted that a sum certain is not required for damages. What I was saying basically is that there are some cases where a sum can be included in the complaint. But what the law says is that additional – if you ask for additional damages on top of what that sum is and you define what those are, that should be sufficient. And if you don't have – Now, what – the provision in Rule 54c that says that you can't get damages in excess of what's alleged in the complaint, on your approach, would apply when an amount is alleged. In other words, let's take the Henry case. If there hadn't been the additional language that it just alleged $78,000 or whatever, then they couldn't have gotten more than $78,000.  If they didn't put in any additional request. So the question is what – I mean, what's the function of that? It's sort of not sandbagging? I mean, once you tell them that it's a certain amount, it has to be that amount, not more than that. But if you don't tell them, then they – Well, it's not that you're not telling them, because in certain – in cases where there's, you know, like I said, statutory damage, I just think that that provides the best example. Like in cases for statutory damages or in cases for profits, it's not that that's not giving them notice of what we would be entitled to. I'm either entitled to your profits, which you know what they are, or I'm entitled to statutory damages, which can range from $2,000 to $2 million, or – What if it's harm to your reputation? What do you have to allege then? Well, then that has to be in an amount that would be proven at trial. I don't know how else you would allege that in a monetary amount. And the notice that Rule 54 is asking for is achieved how? Sorry? The notice that – I mean, you acknowledge that Rule 54 is about notice, so how is that giving any notice? Well, I think that obviously damage to, you know, goodwill and reputation, that is part of what would be proven at trial, but that's not the only thing that you're alleging. So even if you look at Henry, right, how would the defendant have known what the additional – I think it was – sorry, Henry, it was the $71,000 plus, it was like damages for pain and suffering. How is that quantifiable? And the court found that – Sorry. One other question is under the discovery rules, you would have to estimate damages in initial disclosures pretty soon, early on in the case, right? So whatever problem you have in being able to do that, it's going to happen anyway, right? Pre-discovery, you have to provide an estimate of damages. Sure, but even there, you still – it would still be particularly like in a Lanham Act case, you're still talking about either profits or – and again, at any time during the case, you can elect statutory damages. So – But you'd have to come up with some number pretty early on. Sure, but I have to prove up that – I don't have any idea why the rules are written this way, but it doesn't have to be in the complaint, but under relatively recent amendments, it does have to be a number given pretty early on. So you would have had to do whatever research you did. Sure, and initial disclosures, if I had – but then in that case, that wouldn't be a default, right? If I was exchanging initial disclosures – No, I understand that, but the question is in terms of the plaintiff's problems, you do still have to come up with a number. Right, but as a practical matter, you end up – as cases get litigated in the district court, you can't always put a specific number in your initial Rule 26 disclosures. You sometimes have to fix that as it goes, and you get more information, more discovery, right?  That's pretty – And you are allowed to amend your initial disclosures, but –  Under 26E, you're allowed to do that up until close of discovery, pretty much. Right. So this is – I mean, this is obviously particularly with respect to a default judgment, which does differ than when – if a defendant showed up, we wouldn't have this problem. So that's, I think, the issue. Basically, you're putting a plaintiff at a disadvantage because they have to come up with a sum at the time that they filed a complaint, which is not certain, no matter what. Or you need to amend. Right. Okay, I think we've covered the issue, so thank you very much for the helpful argument. Thank you. This case is submitted.
judges: BERZON, FRIEDLAND, Kennelly